# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**JAMES MARTIN,**

    **Petitioner,**

vs.                                        No. CIV-19-884 RB/KRS

**MARIANA VIGIL, Warden, and**
**HECTOR H. BALDERAS, Attorney General**
**for the State of New Mexico,**

    **Respondents.**

## ORDER

**THIS MATTER** comes before the Court on *Respondents' Motion for an Extension of Time to Answer James Martin's Pro Se Petition for Writ of Habeas Corpus [Doc. 1]*, [Doc. 12], filed January 29, 2020.

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondents' Motion for an Extension of Time to Answer James Martin's Pro Se Petition for Writ of Habeas Corpus [Doc. 1]*, [Doc. 12], is **GRANTED;**

**IT IS FURTHER ORDERED** that Respondents shall have until March 11, 2020, to file their answer.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE