IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES MARTIN,

    Petitioner,

vs.                                                No. 1:19-CV-00884-RB-KRS

MARIANNA VIGIL, Warden, and
HECTOR H. BALDERAS, Attorney General
for the State of New Mexico,

    Respondents.

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court on the Motion for Extension of Time to Respond to the Recent Case Entries filed by James Martin. (Doc. 25). For good cause shown, the instant motion is GRANTED. Martin's response to the Court's Order to Show Cause (Doc. 23) is due on or before **March 29, 2021**. Further, the parties' objections (if any) to the Proposed Findings and Recommended Disposition before the Court (Doc. 22) are due on or before **March 29, 2021**.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**